**STATE of Missouri, Respondent,**

v.

**Jonathan CULLEN, Appellant,**

**Jonathan CULLEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47143, WD 49344.**

Missouri Court of Appeals,
Western District.

Dec. 13, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., and Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LOWENSTEIN and ELLIS, JJ.

*ORDER*

PER CURIAM:

Consolidated appeal from conviction of unlawful use of a weapon, § 571.030.1(4), RSMo 1986 (repealed), and sentence of five years' imprisonment, and from denial of Rule 29.15 post-conviction motion without an evidentiary hearing.

The conviction is affirmed, and the denial of post-conviction motion is affirmed. Rules 30.25(b) and 84.16(b).